# EXHIBIT L



910 17th Street N.W., 7th Floor
Washington, DC 20006-2606
April 22, 2020

Chief, Freedom of Information/Privacy Acts Office
U.S. Small Business Administration
409 Third St. SW, eighth floor
Washington, DC 20416

This is a request under the Freedom of Information Act.

On behalf of the Center for Public Integrity and myself, jointly, I request that you provide us copies of the records identified and described below – or of records containing the information identified and described below:

On behalf of the Center for Public Integrity and myself, jointly, I request that you provide us copies of the records identified and described below – or of records containing the information identified and described below:

- All records regarding recipients of the Paycheck Protection Program, including the name and address of the borrower, amount of approved loan, name of the third-party lender, date of approved loan.
- All records regarding recipients of the Economic Injury Disaster Loan (EIDL)-COVID-19 related assistance program (including EIDL Advances), including name and address of the borrower, amount of approved loan, name of the third-party lender, date of approved loan.
- All records reflecting any communication between Administrator Jovita Carranza and her staff concerning the Paycheck Protection Program and the EIDL assistance program, including but not limited to letters, emails, memoranda, reports, appointment calendars, and telephone call logs, and dated between March 1, 2020 and the date you process this request;
- All records reflecting any communication between Administrator Jovita Carranza, her staff, and members of Congress and their respective staff concerning the Paycheck Protection Program and the EIDL assistance program, including but not limited to letters, emails, memoranda, reports, appointment calendars, and telephone call logs, and dated between March 1, 2020 and the date you process this request;
- All records reflecting any communication between Administrator Jovita Carranza, her staff, and third-party lenders concerning the Paycheck Protection Program and the EIDL assistance program, including but not limited to letters, emails, memoranda, reports, appointment calendars, and telephone call logs, and dated between March 1, 2020 and the date you process this request;
- All records reflecting any communication between Administrator Jovita Carranza, her staff, and borrowers under the CARES Act's paycheck protection program and the EIDL program concerning the Paycheck Protection Program and the EIDL assistance program, including but not limited to letters, emails, memoranda, reports, appointment calendars, and telephone call logs, and dated between March 1, 2020 and the date you process this request;
- A database or other similar electronic copy of requested records.

SBA_000131

Format: we prefer to receive records in the following formats, listed in order of preference:
(1) a spreadsheet format such as an Excel file, tab-delimited file or similar;
(2) word processing file, text-based PDF, or similar;
(3) other non-proprietary electronic format;
(4) paper copies.

Please also provide any and all documentation related to such electronic records, including but not limited to data dictionaries, database documentation, record layouts, code sheets, data entry instructions, and similar printed or electronic documentation materials.

We specifically request all portions of any record responsive to the description above. If you withhold any record or any portion of a record as exempt, we specifically request the release of all segregable non-exempt portions, including but not limited to email header information (e.g., sender, recipients, date, subject) and analogous information in non-email documents.

If you withhold any record or portion of a record, please specify which statutory exemptions are claimed for each withholding. Please separately state how disclosure would harm an interest protected by the cited exemption. Please describe each record withheld, including its date and size (e.g., amount of electronic memory or number of paper pages).

Please also produce the records on a rolling basis; at no point should EPA's search for, or deliberations concerning, certain records delay the production of others that EPA has already retrieved and elected to produce.

Please respond within 20 working days, as the Act provides, or notify me if "unusual" or "exceptional" circumstances apply (as the Act uses those terms).

**Request for expedited processing**

We request expedited processing for this request because the Center and I are "primarily engaged in disseminating information," and there is "urgency to inform the public concerning actual or alleged Federal Government activity." 5 U.S.C. § 552(a)(6)(E)(v)(II). Specifically, the request relates:  1.) To a matter of immediate concern to the American public during a global pandemic and;  2.) To an imminent agency action, so that the public can be informed and comment (or write to members of Congress) on the proposed action.

**Request for fee reduction as a representative of the news media**

The Center for Public Integrity is a news media organization, and therefore this request should be exempt from all fees for search and review. This request is being made in connection with the Center's newsgathering functions and not for any other commercial purpose. The Center intends to produce one or more original investigative reports based on analysis of the requested information. The Center's work has won the Pulitzer Prize in 2014 and 2017 and numerous other journalism awards (see http://www.publicintegrity.org/about/our-work/awards).

The only federal court to consider the issue has held that the Center "is entitled to treatment as a representative of the news media for purposes of FOIA." Center for Public Integrity v. HHS, Civil Case

No. 06-1818, 2007 U.S. Dist. LEXIS 56172 (D.D.C. Aug. 3, 2007), https://ecf.dcd.uscourts.gov/cgi-bin/show_public_doc?2006cv1818-15. In addition, our reporters covering Congress and congressional committees are credentialed by the Standing Committee of Correspondents of the Congressional Daily Press Gallery.

    We expect that duplication fees for producing electronic records will be minimal. If there are processing fees greater than $25, inform me before you fill the request, and I will provide additional information in support of a public interest fee waiver.

    Please feel free to contact me about any aspect of this request. In principle, the Center is willing to consider ways in which the request might reasonably be narrowed.

    I certify that the information I have provided is true and correct. Thank you for your attention to this request.  Please note I am based in Los Angeles, not in the Center's DC office, if there is any physical correspondence.

    Sincerely,

    Kathryn Kranhold, Reporter
    Center for Public Integrity
    3335 Deronda Drive
    Los Angeles, CA 90068
    MOBILE PHONE: 917-225-2393
    EMAIL: kkranhold@gmail.com



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF CAPITAL ACCESS

May 12, 2020

Kathryn Kranhold
3335 Deronda Drive
Los Angeles, CA 90068
kkranhold@gmail.com

Re: SBA-2020-000848 Request Response

Dear Ms. Kranhold,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000848 in which you have requested the following:

> "• All records regarding recipients of the Paycheck Protection Program, including the name and address of the borrower, amount of approved loan, name of the third-party lender, date of approved loan..."

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32. Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

This response is for the PPP requests only. You will receive separate responses for your other requests.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Delorice Ford, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

SBA_000134

Ms. Kranhold
Page 2

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies. The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,

William Briggs
Deputy Associate Administrator
Office of Capital Access
Small Business Administration



U.S. SMALL BUSINESS ADMINISTRATION
WASHINGTON, DC 20416

OFFICE OF DISASTER ASSISTANCE

June 15, 2020

Kathryn Kranhold
Center for Public Integrity
3335 Deronda Drive
Los Angeles, CA 90068

kkranhold@gmail.com

Re: FOIA Request - SBA-2020-000849

Dear Ms. Kranhold,

This letter is in response to your Freedom of Information Act ("FOIA") request No. SBA-2020-000849.  The portion of your request that was assigned to our office for response is as follows:

- • All records regarding recipients of the Economic Injury Disaster Loan (EIDL)-COVID-19 related assistance program (including EIDL Advances), including name and address of the borrower, amount of approved loan, name of the third-party lender, date of approved loan.
- • A database or other similar electronic copy of requested records.

This letter is in response to records regarding the Economic Injury Disaster Loan program under the Office of Disaster Assistance only.  You will receive a further response from the Agency regarding communications once a search has been completed.

The Small Business Administration ("Agency") is providing statistical information on the Paycheck Protection Program ("PPP") loans and Economic Injury Disaster Loans ("EIDL") in an effort to keep the public informed of the assistance and actions both it and the thousands of lenders across the country are taking at this difficult time.

The statistical information can be found at:
https://www.sba.gov/about-sba/open-government/foia#section-header-32  Please select "COVID-19 Information" located under Frequently requested records to obtain the data that is currently available.

If you are dissatisfied with the Agency's decision, you may file an administrative appeal within 90 days of the date of this letter to:

> Office of Hearings and Appeals
> Attention: Oreoluwa Fashola, FOIA Officer
> 409 3rd Avenue, SW – 8th Floor
> Washington, DC 20416

SBA_000136

If you are unable to resolve your FOIA dispute through our FOIA Public Liaison in the Office of Hearings and Appeals, the Office of Government Information Services ("OGIS"), the Federal FOIA Ombudsman's office, offers mediation services to help resolve disputes between FOIA requesters and Federal agencies.

The contact information for OGIS is:

>Office of Government Information Services
>National Archives and Records Administration
>8601 Adelphi Road--OGIS
>College Park, MD 20740-6001
>ogis@nara.gov
>ogis.archives.gov
>202-741-5770
>877-684-6448

Sincerely,


James E. Rivera
Associate Administrator
for Disaster Assistance