UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WP COMPANY LLC d/b/a THE WASHINGTON POST, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 20-1240 (JEB) |
| CENTER FOR PUBLIC INTEGRITY,<br><br>   Plaintiff,<br><br>   v.<br><br>U.S. SMALL BUSINESS ADMINISTRATION,<br><br>   Defendant. | Civil Action No. 20-1614 (JEB) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. The temporary stay is LIFTED;

2. Defendant's Motion to Stay in Nos. 20-1240 and 20-1614 is DENIED; and

3. Defendant shall release the names, addresses, and precise loan amounts for all individuals and entities that obtained COVID-related loans pursuant to the Paycheck Protection Program and Economic Injury Disaster Loans program by December 1, 2020.

2

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: November 24, 2020