IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-1614 (JEB) |
| | ) |
| **U.S. SMALL BUSINESS ADMINISTRATION**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT STATUS REPORT**

This Freedom of Information Act case involves a request for communications involving the Administrator of the U.S. Small Business Administration (SBA). Pursuant to the Court's minute order of November 16, the parties jointly report that they have continued to discuss the possibility of narrowing Plaintiff's request, but have not yet reached an agreement to do so. The parties therefore propose that SBA proceed with its processing of potentially responsive records involving government communications with the Administrator, completing an initial round of processing no later than January 22, 2021, while the parties continue to discuss the possibility of narrowing Plaintiff's request for outside communications with the Administrator. The parties ask the Court's leave to file another joint status report no later than February 5, 2021.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)

- 2 -

        United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530
James.Bickford@usdoj.gov
Telephone: (202) 305-7632
Facsimile: (202) 616-8470

*Counsel for Defendant*

        and

*/s/ Peter Newbatt Smith*
Peter Newbatt Smith
D.C. Bar #458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

*Attorney for Plaintiff*

Date: December 14, 2020