# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 20-cv-1614 (JEB) |
| | ) |
| **U.S. SMALL BUSINESS ADMINISTRATION**, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT STATUS REPORT

This Freedom of Information Act case involves a request for communications involving the Administrator of the U.S. Small Business Administration (SBA). Pursuant to the Court's minute order of December 15, 2020, the parties jointly report that SBA made an initial production of responsive records involving government communications with the Administrator on January 22, 2021. The parties ask the Court's leave to file another joint status report no later than March 5, 2021, before which time SBA will complete the processing of an additional batch of potentially responsive records.

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Director
Federal Programs Branch

*/s/ James Bickford*
JAMES BICKFORD
Trial Attorney (N.Y. Bar No. 5163498)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20530

- 2 -

>James.Bickford@usdoj.gov
>Telephone: (202) 305-7632
>Facsimile: (202) 616-8470
>
>*Counsel for Defendant*
>
>  and
>
>*/s/ Peter Newbatt Smith*
>Peter Newbatt Smith
>D.C. Bar #458244
>Center for Public Integrity
>910 17th Street, N.W., 7th Floor
>Washington, DC 20006-2606
>202-481-1239
>psmith@publicintegrity.org
>
>*Attorney for Plaintiff*

Date: February 5, 2021