# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CENTER FOR PUBLIC INTEGRITY**,<br><br>*Plaintiff,*<br><br>v.<br><br>**U.S. SMALL BUSINESS ADMINISTRATION**,<br><br>*Defendant*. | Civil Action No. 20-cv-1614 (JEB) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Date: May 13, 2022

Respectfully submitted,

BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*

ELIZABETH J. SHAPIRO
*Deputy Director*

 /s/ Indraneel Sur
INDRANEEL SUR (D.C. Bar No. 978017)
*Trial Attorney*
U.S. Department of Justice, Civil Division,
Federal Programs Branch
P.O. Box 883
Washington, DC  20044
Tel.: (202) 616-8488
Fax:  (202) 616-8470
Indraneel.Sur@usdoj.gov

*Attorney for Defendant*

/s/ Peter Newbatt Smith
Peter Newbatt Smith
D.C. Bar No. 458244
Center for Public Integrity
910 17th Street, N.W., 7th Floor
Washington, DC 20006-2606
202-481-1239
psmith@publicintegrity.org

*Attorney for Plaintiff*